# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN EZELL, | No. CV 09-05769-GAF (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | |
| FRANKLIN COUNTY CHILDREN SERVICES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Amended Report and Recommendation, (2) granting Defendant The Ohio State University's Motion to Dismiss; and (3) directing that Judgment be entered dismissing this entire action without prejudice.

DATED: <u>November 19, 2009</u>

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE